1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CR-00396-OWW |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| CHAUDRY ALI aka SHAN AHMED, | ) | |
| Defendant. | ) | |

WHEREAS, on or about July 9, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)[1], based upon the plea agreement entered into between plaintiff and defendant Chaudry Ali aka Shan Ahmed forfeiting to the United States the following property:

    a)   Approximately 56 Chanel Purses,

    b)   Approximately 17 Chanel Wallets,

    c)   Approximately 2 Christian Dior Wallets,
    d)   Approximately 89 Coach Purses,

    e)   Approximately 36 Coach Wallets,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture under 18 U.S.C. § 2320(b)(1)(B), which has been amended.

|   |   |   |
|---|---|---|
| f) | Approximately 3 Dooney & Bourke Purses, |
| g) | Approximately 13 Gucci Purses, |
| h) | Approximately 3 Gucci Wallets, and |
| i) | Approximately 16 pairs of Nike shoes. |

AND WHEREAS, beginning on July 11, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Chaudry Ali aka Shan Ahmed.  Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Immigration and Customs Enforcement or Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed

of according to law.



IT IS SO ORDERED.

**Dated:   November 16, 2009**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE